**FILED**
SEP 2 6 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN SHEFFIELD,         )
                           )
         Plaintiff,        )
                           )
    v.                     )   Civil Action No. **12 1602**
                           )
UNITED STATES CRACK COCAINE)
FAIR SENTENCING ACT, ETC., ALL )
DEFENDANTS,                )
                           )
         Defendants.       )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff, who is serving a four-year sentence of imprisonment imposed by the Superior Court of the District of Columbia on his conviction of possession of crack cocaine, seeks a reduction in the sentence. The Court has no authority to review a Superior Court judge's ruling, *see Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995), and the Court will dismiss this action for lack of subject matter jurisdiction.

An Order is issued separately.

DATE: 9/18/12         _____
                      United States District Judge

